Criminal Std (6/13/2012)

HONORABLE: Victor A. Bolden
DEPUTY CLERK: J. Perez
RPTR/ECRO/TAPE: S. Montini
USPO: Murphy
INTERPRETER:

TOTAL TIME: ___ hours  42 minutes
DATE: 12/12/2019   START TIME: 3:12   END TIME: 3:54

## COURTROOM MINUTES

- [ ] IA-INITIAL APPEAR
- [x] BOND HRG
- [ ] CHANGE OF PLEA
- [ ] IN CAMERA HRG
- [ ] IA- RULE 5
- [ ] DETENTION HRG
- [x] WAIVER/PLEA HRG
- [ ] COMPETENCY HRG
- [ ] ARRAIGNMENT
- [ ] PROBABLE CAUSE
- [ ] EXTRADITION HRG
- [ ] FORFEITURE
- [ ] CONFLICT HRG
- [ ] EVIDENTIARY HRG
- [ ] STATUS CONF
- [x] MOTION HRG

CRIMINAL NO. 3:19cr308(VAB)   DEFT # ___

Jennifer Laraia
AUSA

**UNITED STATES OF AMERICA**
vs
Jennifer O'Brien

Allison Near
Counsel for Defendant Ret [ ] CJA  [ ] PDA [x]

---

- [ ] Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [ ] Arrest Date (CT Case): ___ [ ] Case unsealed or [ ] Rule 5 arrest, ___ Dist of ___
- [ ] CJA 23 Financial Affidavit filed [ ] under seal
- [ ] Order Appointing Federal Public Defender's Office filed
- [ ] Court appoints Attorney ___ to represent defendant for [ ] this proceeding only [ ] all proceedings
- [ ] Appearance of ___ filed
- [ ] [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of ___ filed
- [x] [x] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [x] Plea Agreement Ltr filed [ ] under seal [ ] to be e-filed
- [x] Plea of [ ] not guilty [x] guilty [ ] nolo contendere to count(s) 1-3 of the information (indict, superseding indict, info)
- [ ] Petition to Enter Guilty Plea filed
- [ ] Defendant motions due ___ ; Government responses due ___
- [ ] Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] Hearing on Pending Motions scheduled for ___ at ___
- [ ] Jury Selection set for ___ at ___
- [ ] Remaining Count(s) to be dismissed at sentencing
- [x] Sentencing set for to be determined at see below [ ] Probation 246B Order for PSI & Report
- [ ] Special Assessment of $___ on count(s) ___. Total $ ___ [ ] Due immediately [ ] Pay at sentencing
- [ ] Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Order of Detention filed
- [ ] Deft ordered removed/committed to originating /another District of ___
- [ ] No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] Waiver of Rule 5 Hearing filed
- [ ] Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [x] Bond [ ] set at $___ [ ] reduced to $___ [ ] Non-surety [ ] Surety [x] Personal Recognizance
- [ ] Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [ ] Defendant detained
- [ ] ___ Hearing [ ] waived [ ] set for ___ [ ] continued until ___
- [ ] Set Attorney Flag and notify Federal Grievance Clerk

[x] SEE page II for [x] conditions of bond [x] additional proceedings

X ..... By 12/27/2019 counsel will notify the Court agreed upon disclosure dates of the PSI, dates of sentencing memorandums and sentencing date.

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☒ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

☒ ..... Deft's oral motion  release on bond          ☒ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____            ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____            ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____            ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____            ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____            ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____            ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____            ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Deft _____ Motion _____            ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Deft _____ Motion _____            ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Govt Motion _____             ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Govt Motion _____             ☐ granted ☐ denied ☐ advisement
☐ ..... _____                                ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____                                ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____                                ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____                                ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____                                ☐ filed ☐ granted ☐ denied ☐ advisement

Notes: