UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19-cr-308 (VAB) |
| vs. | : | |
| JENNIFER O'BRIEN | : | APRIL 9, 2020 |

**CONSENT MOTION TO CONTINUE SENTENCING AND
TO EXTEND RELATED DEADLINES**

The defendant, Jennifer O'Brien, hereby moves for a continuance of the sentencing hearing currently scheduled for April 27, 2020, to July 23, 2020. Based on communication with chambers, counsel understands that the Court has availability for a hearing on July 23, 2020. That is also a date on which both the defense and the government are available.

The defendant also requests that the Court postpone the related sentencing deadlines consistent with the following proposed schedule:

- Objections the Presentence Report—June 26, 2020
- Second Disclosure of Presentence Report—July 3, 2020
- Defense Memorandum – July 9, 2020
- Government Memorandum – July 16, 2020

Ms. O'Brien has significant health issues, and is currently working from home due to the COVID-19 pandemic. In an effort to minimize her risks, counsel seeks a continuance to July, at which point it may hopefully be safe for Ms. O'Brien to travel from Pennsylvania and attend the hearing

Undersigned counsel has consulted with Ms. O'Brien who consents to this request for a continuance. Ms. O'Brien is out on bond and continues to be compliant with the conditions of her release.

Assistant United States Attorney Jennifer Laraia has no objection to this motion being granted.

WHEREFORE, the defendant respectfully requests that this motion be granted.

Respectfully submitted,

THE DEFENDANT,
Jennifer O'Brien

OFFICE OF THE FEDERAL DEFENDER

Dated: April 9, 2020

/s/ Allison M. Near
Allison M. Near
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct27241
Email: allison_near@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Allison M. Near
Allison M. Near