UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:19-cr-308 (VAB) |
| vs. | : |
| JENNIFER O'BRIEN | : July 8, 2020 |

**CONSENT MOTION TO CONTINUE SENTENCING AND
TO EXTEND RELATED DEADLINES**

The defendant, Jennifer O'Brien, hereby moves for a continuance of the sentencing hearing currently scheduled for July 23, 2020, to a date in early September 2020.  The defendant also requests that the Court postpone the related sentencing deadlines, including the deadline for submitting objections to the presentence report, consistent with the new sentencing date.

Ms. O'Brien has significant health issues, and counsel has concerns about her traveling from Pennsylvania to Connecticut for the sentencing hearing that is currently scheduled for July 23, 2020.  Accordingly, Ms. O'Brien respectfully request that the Court continue the hearing to early September so that she may appear for an in person sentencing hearing at that time.

Undersigned counsel has consulted with Ms. O'Brien who consents to this request for a continuance.  Ms. O'Brien is out on bond and continues to be compliant with the conditions of her release.

Assistant United States Attorney Jennifer Laraia has no objection to this motion being granted.

WHEREFORE, the defendant respectfully requests that this motion be granted.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | THE DEFENDANT,<br>Jennifer O'Brien |
|  | OFFICE OF THE FEDERAL DEFENDER |
| Dated: July 8, 2020 | /s/ Allison M. Near<br>Allison M. Near<br>Assistant Federal Defender<br>265 Church Street, Suite 702<br>New Haven, CT 06510<br>Phone: (203) 498-4200<br>Bar No.: ct27241<br>Email: allison_near@fd.org |

### **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 8, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ Allison M. Near
                                          Allison M. Near