UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | :  CRIMINAL NO. 3:19-cr-308 (VAB) |
| vs. | : |
| JENNIFER O'BRIEN | :  August 19, 2020 |

**CONSENT MOTION TO CONTINUE SENTENCING AND
TO EXTEND RELATED DEADLINES**

The defendant, Jennifer O'Brien, hereby moves for a continuance of the sentencing hearing currently scheduled for September 9, 2020, to a date in November 2020. The defendant also requests that the Court postpone the related sentencing deadlines, including the deadline for the parties' sentencing memoranda, consistent with the new sentencing date.

Ms. O'Brien continues to have ongoing health issues, and this week is scheduled for an appointment to address an urgent medical need. As a result, counsel continues to have concerns about her traveling from Pennsylvania to Connecticut for the sentencing hearing that is currently scheduled for September 9, 2020. Ms. O'Brien respectfully request that the Court continue the hearing to November so that she may appear for an in person sentencing hearing at that time. The additional time will also permit undersigned counsel to gather updated information about her medical conditions.

Undersigned counsel has consulted with Ms. O'Brien who consents to this request for a continuance. Ms. O'Brien is out on bond and continues to be compliant with the conditions of her release.

Assistant United States Attorney Jennifer Laraia has no objection to this motion being granted.

WHEREFORE, the defendant respectfully requests that this motion be granted.

                                                  Respectfully submitted,

                                                  THE DEFENDANT,
                                                  Jennifer O'Brien

                                                  OFFICE OF THE FEDERAL DEFENDER

Dated: August 19, 2020                    /s/ Allison M. Near
                                                  Allison M. Near
                                                  Assistant Federal Defender
                                                  265 Church Street, Suite 702
                                                  New Haven, CT 06510
                                                  Phone: (203) 498-4200
                                                  Bar No.: ct27241
                                                  Email: allison_near@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on August 19, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/ Allison M. Near
                                                 Allison M. Near