UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19-cr-308 (VAB) |
| vs. | : | |
| JENNIFER O'BRIEN | : | December 23, 2020 |

**CONSENT MOTION TO CONTINUE SENTENCING AND**
**TO EXTEND RELATED DEADLINES**

The defendant, Jennifer O'Brien, hereby moves for a continuance of the sentencing hearing currently scheduled for January 20, 2021, to February 10, 2021 or a date thereafter that is convenient for the Court. The Government has no objection to this motion.

The defendant also requests that the Court postpone the related deadlines for the filing of the parties' sentencing memoranda in conjunction with the new sentencing date.

Ms. O'Brien recently had a series of medical tests and is due for additional testing in February. Undersigned counsel is continuing to gather information related to her medical status and need for future testing and treatment. Accordingly, Ms. O'Brien seeks a continuance of approximately three weeks to permit counsel to gather the necessary information in advance of filing her sentencing memorandum.

Undersigned counsel has consulted with Ms. O'Brien who consents to this request for a continuance.

Assistant United States Attorney Jennifer Laraia has no objection to this motion being granted.

WHEREFORE, the defendant respectfully requests that this motion be granted.

                                          Respectfully submitted,

                                          THE DEFENDANT,
                                          Jennifer O'Brien

                                          OFFICE OF THE FEDERAL DEFENDER

Dated: December 23, 2020          /s/ Allison M. Near
                                          Allison M. Near
                                          Assistant Federal Defender
                                          265 Church Street, Suite 702
                                          New Haven, CT 06510
                                          Phone: (203) 498-4200
                                          Bar No.: ct27241
                                          Email: allison_near@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 23, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ Allison M. Near
                                          Allison M. Near