UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19-cr-308 (VAB) |
| vs. | : | |
| JENNIFER O'BRIEN | : | February 4, 2021 |

**CONSENT MOTION TO EXTEND DEADLINE FOR FILING SENTENCING MEMORANDUM**

The defendant, Jennifer O'Brien, hereby moves for a brief extension of the deadline for filing her sentencing memorandum from February 5, 2021 to February 8, 2021. The Government does not object to this request. The sentencing hearing is presently scheduled for February 16, 2021.

Undersigned counsel is continuing to gather records that will document Ms. O'Brien's most up to date medical conditions, which will be incorporated into the sentencing memo. The brief extension of time will permit counsel to obtain the necessary records.

Assistant United States Attorney Jennifer Laraia has no objection to this request for an extension of time.

WHEREFORE, the defendant respectfully requests that this motion be granted.

                                      Respectfully submitted,

                                      THE DEFENDANT,
                                      Jennifer O'Brien

                                      OFFICE OF THE FEDERAL DEFENDER

Dated: February 4, 2021            */s/ Allison M. Near*
                                      Allison M. Near
                                      Assistant Federal Defender
                                      265 Church Street, Suite 702
                                      New Haven, CT 06510
                                      Phone: (203) 498-4200
                                      Bar No.: ct27241
                                      Email: allison_near@fd.org

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on February 4, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ Allison M. Near
                                      Allison M. Near