# EXHIBIT A

February 4, 2021

Honorable Victor A. Bolden
United States District Court Judge
915 Lafayette Blvd.
Bridgeport, CT 06604

Dear Judge Bolden:

On February 16, 2021, I will appear in your court for sentencing for my failure to pay taxes. I fully take responsibility for my actions and am truly sorry for the decisions I have made to place me in front of you on this date. As I think back to the events that have led up to this point in my life, I can honestly say I was going through a very difficult time when this occurred. We lost my Dad, a very respectable and honorable man on September 12, 2012. Prior to his passing due to a rare fatal form of melanoma, he had spoke often of his plans for my mom upon his passing. The plan was for her to relocate with me and my three daughters to Connecticut where we would reside for up to three years (at which time my daughters would all be in college) and relocate back to Pennsylvania where the surroundings were familiar to my mom. In 2007, my mom had a stroke which left her with multiple deficits including short term memory issues, aphasia, and agitation. My father explained to me that taking care of my mom would be my full time job and provided me with plans to convert my downstairs in Connecticut into my mom's living suite and also suggested other home improvements. This process was very stressful and made worse due to my own health issues which involve dermatomyositis and the side effects and treatments associated with this disease. This and going through a difficult divorce from my husband of 20 years continued added more stress on my life.

Looking back, I can see how depressed I was due to my surmounting responsibilities. I definitely lost track of my spending and went off the deep end without even thinking. I used money to purchase things believing it would improve how I felt or the state of my life, but of course it did none of those things. I did not neglect my mom's health or well-being, but I failed her when it came to her finances, and I failed to report the money on my taxes when the time came due.

Since I was removed as her trustee, I have focused entirely on our relationship and making the most of the time she has left. I have strived hard to visit often, take her out when able to, spend holidays with her, celebrate birthdays and she gets to visit with her granddaughters who are now independent young ladies aged, 25, 24 and 23. Although these visits are difficult, we know how important being around family is for her and as her memory fades, we can still catch a glimpse of who she was. Everyday through my work and community involvement I strive to live life to its fullest and give it the best I have with a positive attitude to atone for the wrong doing I have caused. I pay my restitution to the best of my abilities and will continue to pay the amounts I owe. I will continue to see my mom and once COVID is over have her participate in family holidays again and take care of her to the best of my abilities. I want to be there for my mom, and use every day to make up for my error in judgment.

Thank you for your time and consideration.

Sincerely,

Jennifer O'Brien