UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.  CRIMINAL NO. 3:19-CR-308 (VAB)

JENNIFER O'BRIEN  February 8, 2021

## MOTION FOR PERMISSION TO FILE EXHIBITS CONTAINING PRIVILEGED HEALTH INFORMATION UNDER SEAL

The defendant, Jennifer O'Brien, respectfully requests permission for leave to file under seal Exhibits C, D and E to her Sentencing Memorandum, also filed on this date. In support of this Motion, the defendant states that the filing of these exhibits under seal is in the interest of justice as the documents contain privileged medical information.

Respectfully Submitted,

THE DEFENDANT,
Jennifer O'Brien

FEDERAL DEFENDER OFFICE

Date: February 08, 2021      /s/ Allison Near
                             Assistant Federal Defender
                             265 Church Street, 7th FL
                             New Haven, CT 06510
                             Phone: (203) 498-4200
                             Bar No.: ct27241
                             Email: allison_near@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 08, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Allison Near
Allison Near