UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    vs.                                   CRIMINAL NO. 3:19-CR-308 (VAB)

JENNIFER O'BRIEN                           February 9, 2021

## **NOTICE OF CONSENT TO PROCEED BY VIDEO CONFERENCE**

The Defendant, Jennifer O'Brien, submits this notice of consent to proceed by video conference for the sentencing hearing that is scheduled for February 16, 2021. Undersigned counsel has spoken to Mrs. O'Brien, who indicates she is aware of her right to appear in person for her sentencing, she waives her right to appear in person and she consents to proceed by videoconference.

Mrs. O'Brien and undersigned counsel believe that this change of plea hearing cannot be further delayed without harm to the interests of the justice. As this Court is aware, Chief Judge Underhill entered the CARES Act Authorization Order, which provides, in pertinent part, as follows:

> [F]elony pleas under Rule 11 of the Federal Rules of Criminal Procedure and felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure cannot be conducted in person without seriously jeopardizing public health and safety. As a result, if judges in individual cases find, for specific reasons, that felony pleas or sentencings in those cases cannot be further delayed without serious harm to the interests of justice, judges may, with the consent of the defendant or the juvenile after consultation with counsel, conduct those proceedings by video conference, or by telephonic conference if video conferencing is not reasonably available.

CARES Authorization Order (D. Conn. March 30, 2020). On December 23, 2020, Judge Underhill issued an Order reauthorizing the CARES Act. *See* CARES Act Reauthorization Order (D. Conn. December 23, 2020).

Mrs. O'Brien and undersigned counsel submit that proceeding by video conference is appropriate and that her sentencing hearing "cannot be further delayed without serious harm to the interests of justice." Mrs. O'Brien has several medical conditions that make her immuno-

compromised and she resides out of state. Accordingly, it is safest for her to appear by video conference from her home in Pennsylvania so as to limit the number of people she must encounter. A remote proceeding would also permit Mrs. O'Brien to avoid complications occasioned by the quarantine rules for traveling to Connecticut. This case has been pending for several years, and there have been delays, in part, due to Mrs. O'Brien's medical treatments. So that the parties can resolve a matter that has been pending for some time, it is in the interests of justice to proceed with the sentencing and not to permit further delay. Accordingly, Mrs. O'Brien respectfully asks this Court to permit her to proceed by video conference for her sentencing hearing.

        Respectfully Submitted,

        THE DEFENDANT,
        Jennifer O'Brien

        FEDERAL DEFENDER OFFICE

Date: February 09, 2021        /s/ Allison M. Near
        Assistant Federal Defender
        265 Church Street, 7th FL
        New Haven, CT 06510
        Phone: (203) 498-4200
        Bar No.: ct27241
        Email: allison_near@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 09, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Allison M. Near
Allison M. Near