UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:19CR308(VAB) |
| | : | |
| V. | : | |
| | : | |
| JENNIFER O'BRIEN | : | February 17, 2021 |

## MOTION FOR RESTITUTION ORDER

The United States of America, by and through its undersigned representatives, hereby moves this Court to enter a Restitution Order consistent with the Court's imposition of sentence on February 16, 2021. The Government attaches a proposed restitution order with a Schedule A for this Court's consideration.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

_____/s/ Jennifer R. Laraia_____
JENNIFER R. LARAIA
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct29637
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
(203) 696-3000

### CERTIFICATE OF SERVICE

This is to certify that on February 12, 2021, a copy of the foregoing was filed electronically through the Court's CM/ECF system and is thereby available to the parties.

 /s/ Jennifer R. Laraia_____
JENNIFER R. LARAIA
ASSISTANT UNITED STATES ATTORNEY