## SCHEDULE A

After receipt of funds, the Clerk's Office shall forward payments via check payable to the "Internal Revenue Service" with a memo line of "Jennifer O'Brien restitution", to:

> IRS – RACS
> Attn:  Mail Stop 6261, Restitution
> 333 W. Pershing Avenue
> Kansas City, MO 64108

IRS shall credit the funds as follows:

| Tax Year | Tax Due |
|---|---|
| 2012 | $37,210 |
| 2013 | $76,135 |
| 2014 | $25,662 |
| Total | $139,007 |